**Order entered October 7, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00581-CV

### SIMON MENGELE, Appellant

### V.

### UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06296-A**

## ORDER

Before the Court is appellant's October 4, 2019 motion for extension of time to file his brief. Appellant explains the extension is necessary because he is seeking legal representation.

We **GRANT** the motion and **ORDER** appellant to file, no later than November 6, 2019, either a notice of representation by counsel in accordance with Texas Rule of Appellate Procedure 6 or his brief.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE